## Long *v.* Twaddle, Appellant.

Argued March 21, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and JONES, JJ.

108

*Clyde S. Shumaker,* with him *Henninger, Ehrman & Shumaker* and *George P. Kiester,* for appellant.

*Willis A. MacDonald,* with him *A. R. Cingolani,* for appellee.

PER CURIAM, April 9, 1945:

The assignments of error are all overruled, there being no merit in them, and the judgment of the learned court below is affirmed on the opinion of Judge WILSON of that court.

Judgment affirmed.